

**Your Missouri Courts**

Search for Cases by: Select Search Method... ▼

Judicial Links | eFiling | Help | Contact Us | Print        GrantedPublicAccess Logoff MATTHEW_NOCE1980

**2022-CC09988 - TINA POYNTER-ABELL V. 3M COMPANY, ET. AL. (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending   ○ Ascending

Display Options: All Entries ▼

---

**10/22/2020** ☐ **Summ Req-Circuit Pers Serv**
Affidavit of Service on 3M Company.
**Filed By:** ANDREW KELLEY SMITH
**On Behalf Of:** TINA POYNTER-ABELL

☐ **Notice of Service**
Affidavit of Service for Dynax Corporation.
**Filed By:** ANDREW KELLEY SMITH

**10/19/2020** ☐ **Jury Trial Scheduled**
**Scheduled For:** 08/02/2021;  9:00 AM ;  REX M BURLISON;  City of St. Louis

**10/14/2020** ☐ **Notice of Service**
Affidavit of Service on Corteva; Electronic Filing Certificate of Service.
**Filed By:** JONATHAN MESLE SOPER
**On Behalf Of:** TINA POYNTER-ABELL

☐ **Notice of Service**
Affidavit of Service on El Dupont De Nemours; Electronic Filing Certificate of Service.
**Filed By:** JONATHAN MESLE SOPER

☐ **Notice of Service**
Affidavit of Service on The Chemours Company; Electronic Filing Certificate of Service.

☐ **Notice of Service**
Affidavit of Service on Raytheon; Electronic Filing Certificate of Service.
**Filed By:** JONATHAN MESLE SOPER

☐ **Notice of Service**
Affidavit of Service on UTC Fire Security; Electronic Filing Certificate of Service.
**Filed By:** JONATHAN MESLE SOPER

☐ **Notice of Service**
Affidavit of Service on Tyco; Electronic Filing Certificate of Service.
**Filed By:** JONATHAN MESLE SOPER

☐ **Corporation Served**
Document ID - 20-SMCC-14242; Served To - TYCO FIRE PRODUCTS L.P.; Server - ; Served Date - 01-OCT-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - BONNIE LOVE

☐ **Corporation Served**
Document ID - 20-SMCC-14243; Served To - UTC FIRE AND SECURITY AMERICAS CORPORATION INC; Server - ; Served Date - 01-OCT-20; Served Time - 00:00:00; Service Type - Sheriff Department;

Reason Description - Served; Service Text - BONNIE LOVE

☐ **Corporation Served**

Document ID - 20-SMCC-14239; Served To - RAYTHEON TECHNOLOGIES CORPORATION; Server - ; Served Date - 01-OCT-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - BONNIE LOVE

☐ **Corporation Served**

Document ID - 20-SMCC-14241; Served To - THE CHEMOURS COMPANY FC, LLC; Server - ; Served Date - 11-OCT-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - BONNIE LOVE

☐ **Corporation Served**

Document ID - 20-SMCC-14237; Served To - E I DUPONT DE NEMOURS INC; Server - ; Served Date - 03-OCT-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - BONNIE LOVE

☐ **Corporation Served**

Document ID - 20-SMCC-14236; Served To - CORTEVA, INC.; Server - ; Served Date - 02-OCT-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - BONNIE LOVE

**10/06/2020** ☐ **Summ Req-Circuit Pers Serv**

Affidavit of Service on Leo M Ellebracht Company.
    **Filed By:** ANDREW KELLEY SMITH
    **On Behalf Of:** TINA POYNTER-ABELL

☐ **Summ Req-Circuit Pers Serv**

Affidavit of Service on Sentinel Emergency Solutions.
    **Filed By:** ANDREW KELLEY SMITH

**09/30/2020** ☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-3810, for CHUBB FIRE, LIMITED/ CHUBB FIRE & SECURITY LIMITED.

☐ **Note to Clerk eFiling**
    **Filed By:** ANDREW KELLEY SMITH

☐ **Summ Req-Circuit Pers Serv**
Non-Est Summons.
    **Filed By:** ANDREW KELLEY SMITH
    **On Behalf Of:** TINA POYNTER-ABELL

**09/28/2020** ☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-3742, for NATIONAL FOAM, INC..

☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-3741, for DYNAX CORPORATION.

☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-3740, for DU PONT DE NEMOURS, INC.

☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-3739, for CHUBB FIRE, LTD/ CHUBB FIRE & SECURITY LTD.

☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-3738, for CHEMGUARD, INC..

☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-3737, for BUCKEYE FIRE EQUIPMENT COMPANY.

☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-14243, for UTC FIRE AND SECURITY AMERICAS CORPORATION INC.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14242, for TYCO FIRE PRODUCTS L.P..

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14241, for THE CHEMOURS COMPANY FC, LLC.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14240, for SENTINEL EMERGENCY SOLUTIONS, LLC.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14239, for RAYTHEON TECHNOLOGIES CORPORATION.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14238, for LEO M. ELLEBRACHT COMPANY.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14237, for E I DUPONT DE NEMOURS INC.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14236, for CORTEVA, INC..

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-14235, for 3M COMPANY.

☐ **Corporation Served**
Document ID - 20-SMCC-14235; Served To - 3M COMPANY; Server - ; Served Date - 02-OCT-20; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

09/25/2020 ☐ **Note to Clerk eFiling**
**Filed By:** ANDREW KELLEY SMITH

☐ **Request Filed**
Motion for Private Process Server.
**Filed By:** ANDREW KELLEY SMITH
**On Behalf Of:** TINA POYNTER-ABELL

09/24/2020 ☐ **Filing Info Sheet eFiling**
**Filed By:** ANDREW KELLEY SMITH

☐ **Note to Clerk eFiling**
**Filed By:** ANDREW KELLEY SMITH

☐ **Pet Filed in Circuit Ct**
Abell Petition.
**Filed By:** ANDREW KELLEY SMITH
**On Behalf Of:** TINA POYNTER-ABELL

☐ **Judge Assigned**

**2022-CC09988**

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | | |
|---|---|---|
| **TINA POYNTER-ABELL**, AS SPOUSE OF AND ON BEHALF OF DECEDENT ROBERT ABELL<br>6328 Tholozan Ave.<br>St. Louis, MO 63109 | )<br>)<br>)<br>)<br>) | **Case No.:** |
| **Plaintiff,** | )<br>)<br>) | **Division:** |
| v. | )<br>)<br>) | |
| **3M COMPANY** *f/k/a* MINNESOTA MINING AND MANUFACTURING<br>Serve: | )<br>)<br>) | **JURY TRIAL DEMANDED** |
|     Registered Agent<br>    CSC-Lawyers Incorporating Services Company<br>    221 Bolivar Street<br>    Jefferson City, Missouri 65101 | )<br>)<br>)<br>)<br>) | |
| **and** | )<br>) | |
| **BUCKEYE FIRE EQUIPMENT COMPANY**<br>Serve: | )<br>)<br>) | |
|     Registered Agent<br>    A Haon Corporate Agent, Inc.<br>    29225 Chagrin Blvd., Ste. 350<br>    Pepper Pike, OH 44122 | )<br>)<br>)<br>) | |
| **and** | )<br>) | |
| **CHEMGUARD, INC.**<br>Serve: | )<br>) | |
|     Registered Agent<br>    CT Corporation System<br>    1999 Bryan Street, Ste. 900<br>    Dallas, Texas 75201 | )<br>)<br>)<br>) | |
| **and** | )<br>) | |
| **CHUBB FIRE, LTD./CHUBB FIRE & SECURITY LTD./CHUBB SECURITY,** | )<br>) | |

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

**PLC/RED HAWK FIRE & SECURITY, LLC, and/or CHUBB NATIONAL FOAM, INC.**
Littleton Road, Ashford, Middlesex,
United Kingdom TW15 1TZ

**and**

**CORTEVA, INC.,**
Serve:
      Registered Agent
      CT Corporation System
      120 South Central Avenue
      Clayton, Missouri, 63105

**and**

**DU PONT DE NEMOURS INC.** *(f/k/a DOWDUPONT INC.)*
Serve:
      Registered Agent
      The Corporation Trust Company
      1209 Orange Street
      Wilmington, DE 19801

**and**

**DYNAX CORPORATION**
Serve:
      Registered Agent
      Corporate Systems, LLC
      3500 S. Dupont Highway
      Dover, Delawere 19901

**and**

**E.I. DU PONT DE NEMOURS INC.** *(f/k/a DOWDUPONT, INC.) ("DOWDUPONT"),*
Serve:
      Registered Agent
      CT Corporation System
      120 South Central Avenue
      Clayton, Missouri, 63105

**and**

2

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

**LEO M. ELLEBRACHT COMPANY,**
(sued individually and as successor in-
interest-to ELLEBRACHT FIRE
APPARATUS SERVICE, INC.,)
Serve:
      Registered Agent
      Lloyd A. Dewald
      104 Mullach Ct., Suite 1028
      Wentzville, Missouri 63385

**and**

**NATIONAL FOAM, INC.**
Serve:
      Registered Agent
      The Corporation Trust Company
      1209 Orange Street
      Wilmington, Delaware 19801

**and**

**RAYTHEON TECHNOLOGIES
CORPORATION,** (sued individually and as
successor in-interest-to United Technologies
Corporation)
Serve:
      CT Corporation System
      120 South Central Ave.
      Clayton, MO 63105

**and**

**SENTINEL EMERGENCY
SOLUTIONS, LLC,** *(sued individually and
as successor in-interest-to* BATTALION
THREE, INC., and FRANCO FIRE
EQUIPMENT
Serve:
      Registered Agent
      Charles A. Hurth, III
      301 E. Main St.
      Union, Missouri  63084

**and**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

3

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

**THE CHEMOURS COMPANY FC, LLC,** )
Serve:                                                                )
      Registered Agent                        )
      CT Corporation System                  )
      120 South Central Avenue            )
      Clayton, Missouri, 63105              )
                                                            )
**and**                                                            )
                                                            )
**TYCO FIRE PRODUCTS L.P.,** (*sued* )
*individually and as successor-in-interest to* )
*THE ANSUL COMPANY*)                     )
Serve:                                                                )
      Registered Agent                        )
      CT Corporation System                  )
      120 South Central Avenue            )
      Clayton, Missouri, 63105              )
                                                            )
**and**                                                            )
                                                            )
**UTC FIRE & SECURITY AMERICAS** )
**CORPORATION, INC.**                        )
Serve:                                                                )
      Registered Agent                        )
      CT Corporation System                  )
      120 South Central Avenue            )
      Clayton, Missouri, 63105              )

**and**

**JOHN DOE DEFENDANTS 1-20**
        **Defendants.**

## PETITION

     COMES NOW Plaintiff TINA POYNTER-ABELL as Plaintiff *Ad Litem*, and as

Representative for all persons identified by § 537.080 R.S.Mo, and as the surviving Spouse of

Robert Abell, for her claims and causes of action against the Defendants, state and allege for their

claims and causes of action against the Defendants, upon information and belief, states:

## PARTIES

4

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

## A.    PLAINTIFF AND DECEDENT

1.      Plaintiff Tina Poynter-Abell is a resident of the State of Missouri residing in St. Louis, Missouri. Plaintiff Tina Poynter-Abell was Decedent Robert Abell's wife and a Class I Beneficiary entitled to bring this action against Defendants for the wrongful death of Robert Abell.

2.      Decedent Robert Abell was a resident of the State of Missouri residing in St. Louis, Missouri. Decedent worked as a firefighter for many years, including all or portions of the year 1991 and continuously thereafter until the end of 2016.

3.      For the entirety of this time, Mr. Abell's service as a Firefighter was for and in the City of St. Louis, Missouri.

4.      Decedent was diagnosed with diffuse large B-cell Central Nervous System Lymphoma (hereinafter Non-Hodgkin's Lymphoma or "NHL") and subsequently died on September 24, 2017.

5.      Plaintiff brings this action pursuant to § 537.080 R.S.Mo. Plaintiff is a member of the class of individuals authorized to pursue a wrongful death claim.

## B.    DEFENDANTS

6.      Defendant, 3M Company, f/k/a Minnesota Mining and Manufacturing Company, ("3M"), is a Delaware corporation and does business throughout the United States. 3M has its principal place of business at 3M Center, St. Paul, Minnesota 55133.

7.      3M designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Petition.

8.      Defendant Buckeye Fire Equipment Company ("Buckeye") is an Ohio corporation and does business throughout the United States. Buckeye has its principal place of business at 110

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

Kings Road, Mountain, North Carolina 28086.

9.     Buckeye designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.

10.     Defendant Chemguard, Inc. ("Chemguard") is a Wisconsin corporation and does business throughout the United States. Chemguard has its principal place of business at One Stanton Street, Marinette, Wisconsin 54143.

11.     Chemguard designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Petition.

12.     Defendant Chubb Fire, Ltd. is a foreign private limited company, with offices at Littleton Road, Ashford, Middlesex, United Kingdom TW15 1TZ. Upon information and belief, Chubb is registered in the United Kingdom with a registered number of 134210. Upon information and belief, Chubb is or has been composed of different subsidiaries and/or divisions, including but not limited to, Chubb Fire & Security Ltd., Chubb Security, PLC, Red Hawk Fire & Security, LLC, and/or Chubb National Foam, Inc. Defendant Chubb Fire, Ltd.   Chubb Fire & Security Ltd., Chubb Security, PLC, Red Hawk Fire & Security, LLC, and/or Chubb National Foam, Inc. are referred to collectively as ("Chubb").

13.     Defendant Chubb is a corporation doing business in several U.S. states, including Missouri, with its principal place of business and headquarters located at Littleton Road, Ashford, Middlesex, United Kingdom TW15 1TZ. Defendant Chubb may be served with process at its

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

headquarters through an international service company. The United States and the United Kingdom are both parties to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, TIS#10072 (U.S. Treaties and other International Acts) and 20 UST 361 (U.S. Treaties and other International Agreements). Service in accordance with this international treaty is an acceptable method for serving documents in the United Kingdom.

14.     Defendant Corteva, Inc. ("Corteva") is a Delaware Corporation that conducts business throughout the United States. Its principal place of business is 974 Center Rd, Wilmington, Delaware 19805.

15.     Corteva designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Petition.

16.     Defendant Du Pont de Nemours Inc. (f/k/a DowDuPont, Inc.) ("DowDuPont"), is a Delaware corporation and does business throughout the United States. DowDuPont, has its principal place of business at 974 Centre Road, Wilmington, Delaware 19805 and 2211 H.H. Dow Way, Midland, Michigan 48674.

17.     DowDuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Petition.

18.     Defendant Dynax Corporation ("Dynax") is a Delaware Corporation that conducts business throughout the United States. Its principal place of business is 103 Fairview Park Drive, Elmsford, New York, 10523-1544.

19.     Dynax designed, marketed, developed, manufactured, distributed, released, trained

7

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Petition.

20.     Defendant E. I. du Pont de Nemours and Company ("DuPont"), is a Delaware corporation and does business throughout the United States. DuPont has its principal place of business at 1007 Market Street, Wilmington, Delaware 19898.

21.     DuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Petition.

22.     The Leo M. Ellebracht Company, sued individually and as successor in interest to Ellebracht Fire Apparatus Service, Inc., is a Missouri Corporation with its principle place of business located at 104 Mullach Ct., Ste. 1028, Wentzville, Missouri, 63385, United States, it can be served at its Registered Agent:  Lloyd A. Dewald, 104 Mullach Ct., Suite 1028, Wentzville, Missouri, 63385, United States.

23.     At all times relevant hereto, the Leo M. Ellebracht Company and or its predecessors in interest were an authorized dealer of one or more of the aqueous film-forming foams ("AFFF") product(s) more fully below, and Leo M. Ellebracht Company, and its predecessors in interest in fact did sell, deliver or cause to be delivered, and advertised, marketed by mailing, telephone, direct and in-person contacts, and specifically engaged in this conduct with the City of St. Louis Fire Department, and its authorized agents and employees, and did in fact provide "samples" or exemplar AFF products, specifically and personally demonstrated the usage, efficacy, storage, and other related aspects of the AFFF to the St. Louis Fire Department (the "Department") during the time in which Decedent Robert Abell was employed by the Department as a Firefighter and during the time in which he was using and exposed to such AFFF products, and provided information

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

concerning the proper and "safe" use and handling of such products.

24.    Defendant National Foam, Inc. ("National Foam") is a Delaware corporation and does business throughout the United States. National Foam has its principal place of business at 350 East Union Street, West Chester, Pennsylvania 19382.

25.    National Foam designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting, training and response exercises which are the subject of this Petition.

26.    Defendant Raytheon Technologies Corporation, sued individually and as successor in-interest-to United Technologies Corporation is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. United Technologies has its principal place of business at 8 Farm Springs Road, Farmington, Connecticut 06032.

27.    Defendant Raytheon Technologies Corporation, sued individually and as successor in-interest-to United Technologies Corporation, and United Technologies designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Petition.

28.    At all times relevant hereto, Sentinel Emergency Solutions, LLC, (sued individually and as successor in-interest-to Battalion Three, Inc., And Franco Fire Equipment) was a Missouri Corporation with its principal place of business in the State of Missouri, and can be served at its Registered Agent at: Charles A. Hurth, III 301 E. Main St., Union, Missouri 63084.

29.    At all times relevant hereto, Sentinel Emergency Solutions, LLC, and or its

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

predecessors in interest were an authorized dealer of one or more of the aqueous film-forming foams ("AFFF") product(s) more fully below, and Sentinel, and its predecessors in interest in fact did sell, deliver or cause to be delivered, and advertised, marketed by mailing, telephone, direct and in-person contacts, and specifically engaged in this conduct with the City of St. Louis Fire Department, and its authorized agents and employees, and did in fact provide "samples" or exemplar AFF products, specifically and personally demonstrated the usage, efficacy, storage, and other related aspects of the AFFF to the St. Louis Fire Department (the "Department") during the time in which Decedent Robert Abell was employed by the Department as a Firefighter and during the time in which he was using and exposed to such AFFF products, and provided information concerning the proper and "safe" use and handling of such products.

30.     Defendant The Chemours Company FC, LLC ("Chemours FC"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business 1007 Market Street, Wilmington, Delaware 19898.

31.     Chemours FC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Petition.

32.     Defendant Tyco Fire Products, LP, as successor-in-interest to The Ansul Company ("Tyco"), is a Delaware limited partnership and does business throughout the United States. Tyco has its principal place of business at One Stanton Street, Marinette, Wisconsin 54143. Tyco manufactured and currently manufactures the Ansul brand of products, including Ansul brand AFFF containing PFAS.

33.     Tyco is the successor in interest to the corporation formerly known as The Ansul Company ("Ansul"). At all times relevant, Tyco/Ansul designed, marketed, developed,

10

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

manufactured, distributed released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting, training and response exercises which are the subject of this Petition.

34.     Defendant UTC Fire & Security Americas Corporation, Inc. (f/k/a GE Interlogix, Inc.) ("UTC") is a North Carolina corporation and does business throughout the United States. UTC has principal place of business at 3211 Progress Drive, Lincolnton, North Carolina 28092. Upon information and belief, Kidde-Fenwal, Inc. is part of the UTC Climate Control & Security unit of United Technologies Corporation.

35.     UTC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint.

36.     Defendants John Does 1-20 all designed, marketed, developed, manufactured, distributed released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting, training and response exercises which are the subject of this Petition that caused and/or contributed to the injuries alleged below, the identities of which are currently unknown to Plaintiffs.

## AGENCY

37.     At all relevant times, Defendants were acting by and through their actual and/or ostensible employees and agents. Whenever reference in this Petition is made to any act or transaction by Defendants such allegation shall be deemed to mean that the principals, officers, directors, employees, agents and/or representatives of such Defendants committed, knew of, performed, authorized, ratified and/or directed such act or transaction on behalf of such Defendants while actively engaged in the scope of their duties.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

## JURISDICTION AND VENUE

38.     This Court has subject matter jurisdiction pursuant to R.S.Mo § 506.500 because the tortious acts upon which Plaintiff's claims are based occurred within the State of Missouri, and because Plaintiff is a Missouri resident and certain defendants, as alleged above were, at all times relevant hereto, Missouri corporations.

39.     Defendants Leo M. Ellebracht Company and Sentinel are Missouri corporations and therefore citizens of the State of Missouri. Because Plaintiff is a citizen of the State of Missouri complete diversity does not exist in this matter and this case cannot be properly removed to federal court.

40.     Additionally, all Defendants named herein have routine and systematic business conducted in the State of Missouri and are subject to Missouri's long arm statutes, R.S.MO. §506.500. Moreover, the non-resident defendants have sufficient minimum contacts with this State by conducting substantial business in the State of Missouri, marketing and selling their products for profit in the State of Missouri, and directing their activities toward the residents of the State of Missouri. Each Defendant is also subject to personal and subject matter jurisdiction in the State of Missouri because of Decedent Robert Abell sustaining personal injuries resulting in his wrongful death in this State.

41.     The damages sought by Plaintiffs, exclusive of interests and costs, exceed the minimum jurisdictional limits of the Court.

42.     Venue is proper in this Court pursuant to R.S.Mo § 508.010 because Plaintiff's causes of action accrued in the City of St. Louis, St. Louis County, Missouri.

## ALLEGATIONS COMMON TO ALL COUNTS

43.     Plaintiff brings this action for damages for the wrongful death of Robert Abell

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

resulting from exposure to aqueous film-forming foams ("AFFF") containing the toxic chemicals collectively known as per and polyfluoroalkyl substances ("PFAS"). PFAS includes, but is not limited to, perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonic acid ("PFOS") and related chemicals including those that degrade to PFOA and/or PFOS.

44.     Aqueous Film-Forming Foam ("AFFF") is a combination of chemicals used to extinguish hydrocarbon fuel-based fires.

42.     AFFF-containing fluorinated surfactants have better firefighting capabilities than water due to their surfactant-tension lowering properties which allow the compound(s) to extinguish fire by smothering, ultimately starving it of oxygen.

43.     AFFF is a Class-B firefighting foam. It is mixed with water and used to extinguish fires that are difficult to fight, particularly those that involve petroleum or other flammable liquids.

44.     Defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold, and/or otherwise handled AFFF containing toxic PFAS that were used by entities around the country, including military, county, and municipal firefighting departments.

45.     Defendants have each designed, marketed, developed, manufactured, distributed, released, trained users on, produced instructional materials for, sold, and/or otherwise handled and/or used AFFF containing PFAS, in such a way as to cause the contamination of Plaintiff's blood and/or body with PFAS, and the resultant biopersistence and bioaccumulation of such PFAS in the blood and/or body of Plaintiff.

46.     AFFF was introduced commercially in the mid-1960s and rapidly became the primary firefighting foam in the United States and in other parts of the world. It contains PFAS,

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

which are highly fluorinated synthetic chemical compounds whose family include PFOS and PFOA.

47.     PFAS are a family of chemical compounds containing fluorine and carbon atoms.

48.     PFAS have been used for decades in the manufacture of AFFF. The PFAS family of chemicals are entirely human-made and do not naturally occur or otherwise exist.

49.     Prior to commercial development and large-scale manufacture and use of AFFF containing PFAS, no such PFAS had been found or detected in human blood.

A.     **AFFF / PFAS HAZARDOUS EFFECTS ON HUMANS**

50.     AFFF and its components are associated with a wide variety of adverse health effects in humans.

51.     Exposure to Defendants' AFFF has been linked to serious medical conditions including, but not limited to, kidney cancer, testicular cancer, testicular tumors, pancreatic cancer, prostate cancer, leukemia, lymphoma, bladder cancer, thyroid disease and infertility.

52.     By at least the end of the 1960s, animal toxicity testing performed by Defendants manufacturing and/or using PFAS indicated that exposure to such materials, including at least PFOA, resulted in various adverse health effects among multiple species of laboratory animals, including toxic effects to the liver, testes, adrenals, and other organs and bodily systems.

53.     By at least the end of the 1960s, additional research and testing performed by Defendants manufacturing and/or using PFAS indicated that such materials, including at least PFOA, because of their unique chemical structure, were resistant to environmental degradation and would persist in the environment essentially unaltered if allowed to enter the environment.

54.     By at least the end of the 1970s, additional research and testing performed by Defendants manufacturing and/or using PFAS indicated that one or more such materials,

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

including at least PFOA and PFOS, because of their unique chemical structure, would bind to proteins in the blood of animals and humans exposed to such materials where such materials would remain and persist over long periods of time and would accumulate in the blood/body of the exposed individuals with each additional exposure.

55.     By at least the end of the 1980s, additional research and testing performed by Defendants manufacturing and/or using PFAS indicated that at least one such PFAS, PFOA, had caused Leydig cell (testicular) tumors in a chronic cancer study in rats, resulting in at least one such Defendant, DuPont, classifying such PFAS internally as a confirmed animal carcinogen and possible human carcinogen.

56.     It was understood by Defendants by at least the end of the 1980s that a chemical that caused cancer in animal studies must be presumed to present a cancer risk to humans, unless the precise mechanism of action by which the tumors were caused was known and would not occur in humans.

57.     By at least the end of the 1980s, scientists had not determined the precise mechanism of action by which any PFAS caused tumors. Therefore, scientific principles of carcinogenesis classification mandated Defendants presume any such PFAS material that caused tumors in animal studies could present a potential cancer risk to exposed humans.

58.     By at least the end of the 1980s, additional research and testing performed by Defendants manufacturing and/or using PFAS, including at least DuPont, indicated that elevated incidence of certain cancers and other adverse health effects, including elevated liver enzymes and birth defects, had been observed among workers exposed to such materials, including at least PFOA, but such data was not published, provided to governmental entities as required by law, or otherwise publicly disclosed at the time.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

59.    By at least the end of the 1980s, Defendants, including at least 3M and DuPont, understood that, not only did PFAS, including at least PFOA and PFOS, get into and persist and accumulate in the human blood and in the human body, but that once in the human body and blood, particularly the longer-chain PFAS, such as PFOS and PFOA, had a long half-life. Meaning that it would take a very long time before even half of the material would start to be eliminated, which allowed increasing levels of the chemicals to build up and accumulate in the blood and/or body of exposed individuals over time, particularly if any level of exposure continued.

60.    By at least the end of the 1990s, additional research and testing performed by Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, indicated that at least one such PFAS, PFOA, had caused a triad of tumors (Leydig cell (testicular), liver, and pancreatic) in a second chronic cancer study in rats.

61.    By at least the end of the 1990s, the precise mechanism(s) of action by which any PFAS caused each of the tumors found in animal studies had still not been identified, mandating that Defendants continue to presume that any such PFAS that caused such tumors in animal studies could present a potential cancer risk to exposed humans.

62.    By at least 2010, additional research and testing performed by Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, revealed multiple potential adverse health impacts among workers exposed to such PFAS, including at least PFOA, such as increased cancer incidence, hormone changes, lipid changes, and thyroid and liver impacts.

63.    When the United States Environmental Protection Agency ("USEPA") and other state and local public health agencies and officials first began learning of PFAS exposure in the United States and potential associated adverse health effects, Defendants repeatedly assured and

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

represented to such entities and the public that such exposure presented no risk of harm and were of no significance.

64.     After the USEPA and other entities began asking Defendants to stop manufacturing and/or using certain PFAS, Defendants began manufacturing and/or using and/or began making and/or using more of certain other and/or "new" PFAS, including PFAS materials with six or fewer carbons, such as GenX (collectively "Short-Chain PFAS").

65.     Defendants manufacturing and/or using Short-Chain PFAS, including at least DuPont and 3M, are aware that one or more such Short-Chain PFAS materials also have been found in human blood.

66.     By at least the mid-2010s, Defendants, including at least DuPont and Chemours, were aware that at least one Short-Chain PFAS had been found to cause the same triad of tumors (Leydig (testicular), liver, and pancreatic) in a chronic rat cancer study as had been found in a chronic rat cancer study with a non-Short-Chain PFAS.

67.     Research and testing performed by and/or on behalf of Defendants making and/or using Short-Chain PFAS indicates that such Short-Chain PFAS materials present the same, similar, and/or additional risks to human health as had been found in research on other PFAS materials, including cancer risk.

68.     Nevertheless, Defendants repeatedly assured and represented to governmental entities and the public (and continue to do so) that the presence of PFAS, including Short-Chain PFAS, in human blood at the levels found within the United States present no risk of harm and is of no legal, toxicological, or medical significance of any kind.

69.     At all relevant times, Defendants, individually and/or collectively, possessed the resources and ability but have intentionally, purposefully, recklessly, and/or negligently chosen

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

not to fund or sponsor any study, investigation, testing, and/or other research of any kind of the nature that Defendants claim is necessary to confirm and/or prove that the presence of any one and/or combination of PFAS in human blood causes any disease and/or adverse health impact of any kind in humans, presents any risk of harm to humans, and/or is of any legal, toxicological, or medical significance to humans, according to standards Defendants deem acceptable.

70.     Even after an independent science panel, known as the "C8 Science Panel," publicly announced in the 2010s that human exposure to 0.05 parts per billion or more of one PFAS, PFOA, had "probable links" with certain human diseases, including kidney cancer, testicular cancer, ulcerative colitis, thyroid disease, preeclampsia, and medically-diagnosed high cholesterol, Defendants repeatedly assured and represented to governmental entities, their customers, and the public (and continue to do so) that the presence of PFAS in human blood at the levels found within the United States presents no risk of harm and is of no legal, toxicological, or medical significance of any kind, and have represented to and assured such governmental entities, their customers, and the public (and continue to do so) that the work of the independent C8 Science Panel was inadequate.

71.     At all relevant times, Defendants shared and/or should have shared among themselves all relevant information relating to the presence, biopersistence, and bioaccumulation of PFAS in human blood and associated toxicological, epidemiological, and/or other adverse effects and/or risks.

72.     As of the present date, blood serum testing and analysis by Defendants, independent scientific researchers, and/or government entities has confirmed that PFAS materials are clinically demonstrably present in approximately 99% of the current population of the United States.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

73.     There is no naturally-occurring "background," normal, and/or acceptable level or rate of any PFAS in human blood, as all PFAS detected and/or present in human blood is present and/or detectable in such blood as a direct and proximate result of the acts and/or omissions of Defendants.

74.     At all relevant times, Defendants, through their acts and/or omissions, controlled, minimized, trivialized, manipulated, and/or otherwise influenced the information that was published in peer-review journals, released by any governmental entity, and/or otherwise made available to the public relating to PFAS in human blood and any alleged adverse impacts and/or risks associated therewith, effectively preventing Plaintiff from discovering the existence and extent of any injuries/harm as alleged herein.

75.     At all relevant times, Defendants, through their acts and/or omissions, took steps to attack, challenge, discredit, and/or otherwise undermine any scientific studies, findings, statements, and/or other information that proposed, alleged, suggested, or even implied any potential adverse health effects or risks and/or any other fact of any legal, toxicological, or medical significance associated with the presence of PFAS in human blood.

76.     At all relevant times, Defendants, through their acts and/or omissions, concealed and/or withheld information from their customers, governmental entities, and the public that would have properly and fully alerted Plaintiff to the legal, toxicological, medical, or other significance and/or risk from having any PFAS material in Plaintiff's blood.

77.     At all relevant times, Defendants encouraged the continued and even further increased use of PFAS by their customers and others, including but not limited to the manufacture, use, and release, of AFFF containing PFAS and/or emergency responder protection gear or equipment coated with materials made with or containing PFAS, and tried to encourage

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

and foster the increased and further use of PFAS in connection with as many products/uses/and applications as possible, despite knowledge of the toxicity, persistence, and bioaccumulation concerns associated with such activities.

78.     To this day, Defendants deny that the presence of any PFAS in human blood, at any level, is an injury or presents any harm or risk of harm of any kind, or is otherwise of any legal, toxicological, or medical significance.

79.     To this day, Defendants deny that any scientific study, research, testing, or other work of any kind has been performed that is sufficient to suggest to the public that the presence of any PFAS material in human blood, at any level, is of any legal, toxicological, medical, or other significance.

80.     Defendants, to this day, affirmatively assert and represent to governmental entities, their customers, and the public that there is no evidence that any of the PFAS found in human blood across the United States causes any health impacts or is sufficient to generate an increased risk of future disease sufficient to warrant diagnostic medical testing, often referring to existing studies or data as including too few participants or too few cases or incidents of disease to draw any scientifically credible or statistically significant conclusions.

81.     Defendants were and/or should have been aware, knew and/or should have known and/or foresaw or should have foreseen that their design, marketing, development, manufacture, distribution, release, training and response of users, production of instructional materials, sale and/or other handling and/or use of AFFF containing PFAS would result in the contamination of the blood and/or body of Plaintiff with PFAS, and the biopersistence and bioaccumulation of such PFAS in his blood and/or body.

82.     Defendants were and /or should have been aware, or knew and/or should have

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

known, and/or foresaw or should have foreseen that allowing PFAS to contaminate the blood and/or body of Plaintiff would cause injury, irreparable harm, and/or unacceptable risk of such injury and/or irreparable harm to Plaintiff.

83.    Defendants did not seek or obtain permission or consent from Plaintiff before engaging in such acts and/or omissions that caused, allowed, and/or otherwise resulted in Plaintiff's exposure to AFFF and the contamination of Plaintiff's blood and/or body with PFAS materials, and resulting biopersistence and bioaccumulation of such PFAS in his blood and/or body.

### B.    DEFENDANTS' HISTORY OF MANUFACTURING AND SELLING AFFF

84.    3M began producing PFOS and PFOA by electrochemical fluorination in the 1940s. In the 1960s, 3M used its fluorination process to develop AFFF.

85.    3M manufactured, marketed, and sold AFFF from the 1960s to the early 2000s.

86.    National Foam and Tyco/Ansul began to manufacture, market, and sell AFFF in the 1970s.

87.    Buckeye began to manufacture, market, and sell AFFF in the 2000s.

88.    In 2000, 3M announced it was phasing out its manufacture of PFOS, PFOA, and related products, including AFFF. 3M, in its press release announcing the phase out, stated "our products are safe," and that 3M's decision was "based on [its] principles of responsible environment management." 3M further stated that "the presence of these materials at [] very low levels does not pose a human health or environmental risk." In communications with the EPA at that time, 3M also stated that it had "concluded that…other business opportunities were more deserving of the company's energies and attention…"

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

89.     Following 3M's exit from the AFFF market, the remaining Defendants continued to manufacture and sell AFFF that contained PFAS and/or its precursors.

90.     Defendants knew their customers warehoused large stockpiles of AFFF. In fact, Defendants marketed their AFFF products by touting its shelf-life. Even after Defendants fully understood the toxicity of PFAS, and their impacts to the health of humans following exposure, Defendants concealed the true nature of PFAS. While Defendants phased out production or transitioned to other formulas, they did not instruct their customers that they should not use AFFF that contained PFAS and/or their precursors. Defendants further did not act to get their harmful products off the market.

91.     Defendants did not warn public entities, firefighter trainees who they knew would foreseeably come into contact with their AFFF products, or firefighters employed by either civilian and/or military employers that use of and/or exposure to Defendants' AFFF products containing PFAS and/or its precursors would pose a danger to human health

92.     The Plaintiff directly used, was exposed, and/or was given AFFF to help fight fires on a regular basis.

93.     The Plaintiff was never informed that this product was inherently dangerous. Nor was the Plaintiff warned about the known health risks associated with this product.

94.     The Plaintiff never received or was told to use any protective gear to guard against the known dangerous propensities of this product.

95.     Defendants have known of the health hazards associated with AFFF and/or its compounds for decades and that in their intended and/or common use would harm human health.

96.     Information regarding AFFF and its compounds were readily accessible to each of the above-referenced Defendants for decades because each is an expert in the field of AFFF

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

manufacturing and/or the materials needed to manufacture AFFF, and each has detailed information and understanding about the chemical compounds that form AFFF products.

99.     The AFFF Defendants' manufacture, distribution and/or sale of AFFF resulted in the Plaintiff and other individuals who came in contact with the chemical to develop cancer.

98.     The AFFF Defendants through their manufacturing, distribution and/or sale of AFFF, and through their involvement and/or participation in the creation of training and instructional materials and activities, knew, foresaw, and/or should have known and/or foreseen that the Plaintiff and those similarly situated would be harmed.

99.     The AFFF Defendants' products were unreasonably dangerous and the Defendants failed to warn of this danger.

## PLAINTIFF AND DECEDENT'S INJURIES AND DAMAGES

100.     As a direct and proximate result of Defendants' actions and failures to act, the deceased, Robert Abell, developed Non-Hodgkin's Lymphoma and died therefrom on September 24, 2017.

101.     By virtue of Mr. Abell's untimely death, Plaintiff is lawfully entitled to such damages as are fair and just for the death and loss thus occasioned, including, but not limited to, the pecuniary losses suffered by reason of the death, funeral expenses, and the reasonable value of the services, consortium, companionship, comfort, instruction, guidance, counsel, training, and support of which Plaintiff has been deprived by reason of such death, further including past and future lost income, household services, and other value of benefits which would have been provided by the deceased.

102.     Plaintiff further claims such damages as the deceased Robert Abell suffered between the time of injury and the time of his death and for the recovery of which the deceased

23

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

might have maintained an action had death not ensued including, but not limited to, mental anguish, physical disability, conscious pain and suffering, terror, and further considering the aggravating circumstances attendant upon the fatal injury.

103.     Plaintiff Tina Poynter-Abell was the wife of Decedent Robert Abell and asserts a loss of consortium claim, as to compensate her fairly for the reasonable value of any loss of the services, society, companionship, and marriage relationship of her husband proximately caused by the fault of Defendants.

104.     Plaintiff further claims punitive and exemplary damages to include, but are not limited to, the wanton, willful, callous, reckless, and depraved conduct of Defendants which entitle Plaintiff to punitive damages to punish the Defendants and to deter future wrongdoing in that the acts and omissions of Defendants have manifested such reckless and complete indifference to and conscious disregard for the safety of the public that the Decedent would have been entitled to punitive damages had he lived.

## COUNT 1
### Strict Liability – Design Defect
### (Plaintiff v. All Defendants)

105.     Plaintiff incorporates by reference the foregoing statements and allegations as though fully set forth herein.

106.     The Defendants were engaged in designing, manufacturing, marketing, selling, and distribution of AFFF.

107.     When Robert Abell was exposed to the Defendants' AFFF products during the course of his employment, the AFFF was being used for the combatting of fires and training protocols, and other related uses as reasonably anticipated and directed by Defendants.  Use of AFFF products in this way is a reasonably anticipated use of this product.

24

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

108.    At the time of the distribution, sale and/or use of the Defendants' AFFF, said AFFF was in a defective condition and unreasonably dangerous when put to the use anticipated by Defendant, as a result of, among other things, the AFFF having the propensity to cause illnesses as enumerated more specifically above, including specifically NHL and death therefrom.

109.    The unreasonably dangerous and defective condition of the Defendants' AFFF and the failure to warn of the dangers thereof, caused or contributed to cause the death of Robert Abell.

110.    The unreasonably dangerous and defective condition of the Defendants AFFF and the failure to warn of the dangers thereof, caused or contributed to cause Robert Abell to develop severe, permanent, and progressive illness and disease, specifically NHL.  Prior to his death, Robert Abell suffered physical pain, mental and emotional distress, and/or loss of sleep and natural rest.  In addition, Robert Abell suffered loss of wages and/or earning capacity and incurred medical expenses for medical treatment, medication and medical devices.

111.    The unreasonably dangerous and defective condition of the Defendants' AFFF and the failure to warn of the dangers thereof, caused or contributed to cause Robert Abell to develop severe degeneration of his bones due to the long-term, chronic use of steroid medication to treat his respiratory condition.

112.    The unreasonably dangerous and defective condition of the Defendants' AFFF and the failure to warn of the dangers thereof, caused or contributed to cause Robert Abell to develop diabetes and complications from diabetes due to the long-term, chronic use of steroid medication to treat his respiratory condition.

113.    Plaintiff, and others entitled to recover for the wrongful death of Robert Abell, suffered loss of comfort, companionship, counsel, support and other wrongful death damages as provided under Missouri law.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

114.    At the time of Defendants' distribution, sale and/or use of AFFF, they knew of the dangerous condition of AFFF and thereby showed complete indifference to and/or conscious disregard for the safety of others.  The Defendants' conduct which caused this damage and death of Robert Abell was willful, wanton, and/or in reckless disregard for the rights of Plaintiff and others and damages for aggravating circumstances should be assessed against Defendant.

115.    As a direct and proximate result of one or more of Defendants' acts or omissions, Plaintiff and Decedent were injured and suffered damages.

116.    The conduct of Defendants as alleged herein was willful, wanton and/or in reckless disregard for the rights of Plaintiff and punitive and exemplary damages should be assessed against Defendants.

WHEREFORE, Plaintiff prays judgment against Defendants for actual damages sustained as a result of the injury to Plaintiff and Decedent, for an award of punitive damages and/or damages for aggravating circumstances; together with interest and costs of this action, and for such further relief as the Court deems fair and reasonable.

## COUNT II
## Strict Liability in Tort -- Failure to Warn

117.    Plaintiff incorporates by reference the foregoing statements and allegations as though fully set forth herein

118.    Defendant processed, distributed, marketed, sold and supplied AFFF, without adequate instructions on safe use to reduce and/or eliminate exposure thereto, and/or without warnings that the AFFF was dangerous to health and life and caused severe respiratory diseases.

119.    As a result of Defendants' failure to adequately instruct and warn of the dangerous characteristics of AFFF, the AFFF was defective and unreasonably dangerous when put to the use reasonably anticipated by Defendants.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

120.    The failure to adequately instruct and warn of the dangerous and defective condition of the Defendants' AFFF caused or contributed to cause the death of Robert Abell.

121.    The failure to adequately instruct and warn of the dangerous and defective condition of the Defendants' AFFF caused or contributed to cause Robert Abell to develop severe, permanent, and progressive illness and disease, specifically NHL.  Prior to his death, Robert Abell suffered physical pain, mental and emotional distress, and/or loss of sleep and natural rest.  In addition, Robert Abell suffered loss of wages and/or earning capacity and incurred medical expenses for medical treatment, medication and medical devices.

122.    Plaintiff, and others entitled to recover for the wrongful death of Robert Abell, suffered loss of comfort, companionship, counsel, support and other wrongful death damages as provided under Missouri law.

123.    At the time of Defendants' distribution, sale and/or use of AFFF, it knew of the dangerous condition of AFFF and thereby showed complete indifference to and/or conscious disregard for the safety of others.  The Defendants' conduct which caused this damage and death of Robert Abell was willful, wanton, and/or in reckless disregard for the rights of Plaintiff and others and damages for aggravating circumstances should be assessed against Defendant.

124.    The dangerous and defective condition of the Defendants' product, and the Defendants' failure to warn of the dangers thereof, caused or contributed to cause Robert Abell to develop severe, permanent, and progressive damage to the lungs, severe damage to the respiratory system, and/or impairment of the ability to function resulting in his death.  Robert Abell suffered physical pain, mental and emotional distress, and/or loss of sleep and natural rest.  In addition, Robert Abell suffered loss of wages and/or earning capacity and had to expend money for medical treatment, medication and medical devices.  Plaintiff, and others entitled to recover for the

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

wrongful death of Robert Abell, suffered loss of comfort, companionship, counsel, support and other wrongful death damages as provided under Missouri law.

125.    At the time of the processing, distribution, marketing, sale, supply and/or use of AFFF, Defendant knew of the dangerous condition of AFFF and thereby showed complete indifference to and/or conscious disregard for the safety of others.  The Defendants' conduct, which caused this damage, was willful, wanton, and/or in reckless disregard for the rights of Plaintiffs and damages for aggravating circumstances should be assessed against Defendant.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, in excess of the jurisdictional limit and as determined at trial, for actual and punitive damages and/or damages for aggravating circumstances, for the costs of this action and for such further relief as the Court deems fair and reasonable in the premises.

## COUNT III
### Negligence

126.    Plaintiff incorporates by reference the foregoing statements and allegations as though fully set forth herein

127.    As a manufacturer, processor, distributor, marketer, seller and supplier of AFFF, Defendants had a duty to exercise due care and the ordinary, reasonable and technical skill and competence that is required of processors, distributors, marketers, sellers, suppliers, and others in a similar situation, including, without limitation, the duty to acquire and maintain the knowledge of an expert, in processing, distribution, marketing, sale, and/or supply of products free from defects and/or latent defects; and the duty to adequately warn of product defects and/or hazards, which duty continued even after the sale of said products.

128.    Defendants failed to use due care under the circumstances and were thereby negligent in the performance of their duties to Robert Abell and Plaintiff.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

129.    The negligence of Defendants caused or contributed to cause Robert Abell to develop severe, permanent, and progressive illness and disease, specifically NHL. Robert Abell suffered physical pain, mental and emotional distress, and/or loss of sleep and natural rest.  In addition, Robert Abell suffered loss of wages and/or earning capacity and had to expend money for medical treatment, medication and medical devices.  Plaintiff, and others entitled to recover for the wrongful death of Robert Abell, suffered loss of comfort, companionship, counsel, support and other wrongful death damages as provided under Missouri law.

130.    At the time of Defendants' manufacturing, processing, distribution, marketing, selling, and supplying of AFFF, the Defendants knew of the dangerous condition of said products and thereby showed complete indifference to and/or conscious disregard for the safety of others. Defendants' conduct, which caused this damage, was willful, wanton, and/or in reckless disregard for the rights of Plaintiffs and damages for aggravating circumstances should be assessed against the Defendant.

WHEREFORE, Plaintiff prays for judgment against Defendant, in excess of the jurisdictional limit and as determined at trial, for actual and punitive damages and/or damages for aggravating circumstances, for the costs of this action and for such further relief as the Court deems fair and reasonable in the premises.

## COUNT IV
### Aggravating Circumstances - Punitive Damages

131.    Plaintiff incorporates by reference the foregoing statements and allegations as though fully set forth herein.

132.    Defendants committed one or more of the willful, wanton and malicious acts more fully set forth above which individually and/or cumulatively justify the submission of damages for aggravating circumstances in this case.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

133.    Defendants knew or had information from which, in the exercise of ordinary care, should have known that such conduct, as more fully set forth above, created a high degree of probability of severe injury, disease and death, including the disease from which Robert Abell suffered and from which he died, NHL.

134.    The willful, wanton and malicious acts of Defendants, as more fully set forth above, evidence a complete indifference to and/or conscious disregard for the health and safety of Robert Abell, and others similarly situated, justifying the submission of damages for aggravating circumstances in this case.

WHEREFORE, Plaintiff prays for judgment against Defendants, and for damages for aggravating circumstances in such an amount as will serve to punish and deter Defendant, and others similarly situated, from engaging in like conduct.

## COUNT V
### Wrongful Death, Pursuant To R.S.M.O § 537.080

135.    Plaintiff incorporates by reference the foregoing statements and allegations as though fully set forth herein.

136.    Plaintiff makes this separate claim for the wrongful death of Decedent Robert Abell, who on September 24, 2017 died as a direct and proximate result of the actions or inactions of the Defendants as set forth above, and Plaintiff, as heretofore set out, suffered damages.

137.    As a further direct and proximate result of the aforementioned conduct of the Defendants, Plaintiff was caused to incur funeral expenses, mental anguish, suffering and bereavement both prior to and subsequent to the death of the deceased; loss of companionship, comfort, protection, care, attention, advice, counsel and guidance; loss of financial support and loss of services of the deceased to Plaintiff's actual damages.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

138.     Defendants' conduct, which caused this damage, showed complete indifference and a conscious disregard for the health and safety of others, and constitutes aggravating circumstances leading to Decedent's death.

WHEREFORE, Plaintiff prays judgment against Defendants for actual damages sustained as a result of the injury to Plaintiff, for an award of punitive damages and/or damages for aggravating circumstances; together with interest and costs of this action, and for such further relief as the Court deems fair and reasonable.

## **JURY TRIAL DEMAND**

139.     Plaintiff hereby requests a trial by jury.

Electronically Filed - City of St. Louis - September 24, 2020 - 04:56 PM

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

*/s/ Andrew K. Smith*

| | |
|---|---|
| Kenneth B. McClain | MO Bar #32430 |
| Andrew K. Smith | MO Bar #60485 |
| Lauren McClain | MO Bar #65016 |
| Timothy Kingsbury | |

221 W. Lexington, Suite 400
Independence, MO 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
sec@hfmlegal.com
jck@hfmlegal.com
kds@hfmlegal.com
**Attorneys for Plaintiffs**

**2022-CC09988**

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

**IN THE CIRCUIT COURT IN THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| **TINA POYNTER-ABELL**, AS SPOUSE OF AND ON BEHALF OF DECEDENT ROBERT ABELL<br>6328 Tholozan Ave.<br>St. Louis, MO 63109<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**3M COMPANY** *f/k/a* MINNESOTA MINING AND MANUFACTURING<br>Serve:<br>    Registered Agent<br>    CSC-Lawyers Incorporating Services<br>    Company<br>    221 Bolivar Street<br>    Jefferson City, Missouri 65101<br><br>**and**<br><br>**BUCKEYE FIRE EQUIPMENT COMPANY**<br>Serve:<br>    Registered Agent<br>    A Haon Corporate Agent, Inc.<br>    29225 Chagrin Blvd., Ste. 350<br>    Pepper Pike, OH 44122<br><br>**and**<br><br>**CHEMGUARD, INC.**<br>Serve:<br>    Registered Agent<br>    CT Corporation System<br>    1999 Bryan Street, Ste. 900<br>    Dallas, Texas 75201<br><br>**and**<br><br>**CHUBB FIRE, LTD./CHUBB FIRE & SECURITY LTD./CHUBB SECURITY,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br><br>**Case No.:**<br><br><br>**Division:** |

1

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

**PLC/RED HAWK FIRE & SECURITY, LLC, and/or CHUBB NATIONAL FOAM, INC.**

**and**

**CORTEVA, INC.,**
Serve:
       Registered Agent
       C T Corporation System
       120 South Central Avenue
       Clayton, Missouri, 63105

**and**

**DU PONT DE NEMOURS INC.** *(f/k/a DOWDUPONT INC.)*
Serve:
       Registered Agent
       The Corporation Trust Company
       1209 Orange Street
       Wilmington, DE 19801
**and**

**DYNAX CORPORATION**
Serve:
       Registered Agent
       Corporate Systems, LLC
       3500 S. Dupont Highway
       Dover, Delaware 19901

**and**

**E.I. DU PONT DE NEMOURS INC.** *(f/k/a DOWDUPONT, INC.) ("DOWDUPONT")***,**
Serve:
       Registered Agent
       C T Corporation System
       120 South Central Avenue
       Clayton, Missouri, 63105
**and**

**LEO M. ELLEBRACHT COMPANY,** (sued individually and as successor in-

2

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

interest-to      ELLEBRACHT      FIRE      )
APPARATUS SERVICE, INC.,)                  )
Serve:                                     )
      Registered Agent                     )
      Lloyd A. Dewald                      )
      104 Mullach Ct., Suite 1028          )
      Wentzville, Missouri 63385           )
                                           )
**and**                                    )
                                           )
**NATIONAL FOAM, INC.**                    )
Serve:                                     )
      Registered Agent                     )
      The Corporation Trust Company        )
      1209 Orange Street                   )
      Wilmington, Delaware 19801           )
                                           )
**and**                                    )
                                           )
**RAYTHEON      TECHNOLOGIES**             )
**CORPORATION, (**sued individually and as )
successor in-interest-to United Technologies )
Corporation)                               )
Serve:                                     )
      C T Corporation System               )
      120 South Central Ave.               )
      Clayton, MO 63105                    )
                                           )
**and**                                    )
                                           )
**SENTINEL      EMERGENCY**                )
**SOLUTIONS, LLC,** *(sued individually and* )
*as successor in-interest-to* BATTALION    )
THREE, INC., and FRANCO FIRE               )
EQUIPMENT                                  )
Serve:                                     )
      Registered Agent                     )
      Charles A. Hurth, III                )
      301 E. Main St.                      )
      Union, Missouri  63084               )
                                           )
**and**                                    )
                                           )
                                           )
**THE CHEMOURS COMPANY FC, LLC,**          )
Serve:                                     )

3

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

|  |  |
|---|---|
| Registered Agent | ) |
| C T Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, Missouri, 63105 | ) |
|  | ) |
| **and** | ) |
|  | ) |
| **TYCO FIRE PRODUCTS L.P.,** *(sued* | ) |
| *individually and as successor-in-interest to* | ) |
| *THE ANSUL COMPANY)* | ) |
| Serve: | ) |
| Registered Agent | ) |
| C T Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, Missouri, 63105 | ) |
|  | ) |
| **and** | ) |
|  | ) |
| **UTC FIRE & SECURITY AMERICAS** | ) |
| **CORPORATION, INC.** | ) |
| Serve: | ) |
| Registered Agent | ) |
| C T Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, Missouri, 63105 | ) |
|  | ) |
| **and** | ) |
|  | ) |
|  | ) |
| **JOHN DOE DEFENDANTS 1-20** | ) |
| **Defendants.** | ) |
|  | ) |
|  | ) |
|  | ) |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.8 of City of St. Louis Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

| | | | |
|---|---|---|---|
| Will Acree | PPS20-0275 | Theodore Cordasco | PPS20-0310 |
| Jan Adams | PPS20-0276 | Cesar Corral | PPS20-0311 |
| Roger Adams | PPS20-0277 | George H Covert | PPS20-0312 |
| Randy Adkins | PPS20-0225 | Dennis Dahlberg | PPS20-0026 |
| Bobby Ali | PPS20-0278 | Mary Dahlberg | PPS20-0027 |
| Gregory Allen | PPS20-0279 | Patricia Dambach-Cirko | PPS20-0313 |
| Victor Aponte | PPS20-0280 | Bert Daniels, Jr. | PPS20-0028 |
| Brandon Aschenbrenner | PPS20-0281 | Alterck Davenport | PPS20-0314 |
| Julia Ascorra | PPS20-0282 | Richard Davis | PPS20-0029 |
| Teresa Bailly | PPS20-0283 | Duane D Day | PPS20-0315 |
| Joseph Baska | PPS20-0284 | Gerald R Deadwyles | PPS20-0316 |
| Robert Bassler | PPS20-0578 | Bryce Dearborn | PPS20-0317 |
| Carrington Bell | PPS20-0012 | Robert DeLacy, Jr. | PPS20-0318 |
| George Bell | PPS20-0286 | Robert E DeLacy, III | PPS20-0319 |
| Carlos Bialet | PPS20-0579 | Kathleen Dnunno | PPS20-0320 |
| Dianna Blea | PPS20-0287 | Marrissa Doan | PPS20-0034 |
| Richard J Blea | PPS20-0288 | Claudia Dohn | PPS20-0321 |
| Robert Blixt | PPS20-0289 | Dale Dorning | PPS20-0322 |
| Brent Bohnhoff | PPS20-0014 | Valentina Dorning | PPS20-0323 |
| Ann Bollino | PPS20-0291 | Catherine Drake | PPS20-0324 |
| Donnie C Briley | PPS20-0292 | Alex Duaine | PPS20-0325 |
| Kathy Broom | PPS20-0293 | Roland Duff | PPS20-0326 |
| Kenneth Brown | PPS20-0294 | Rochelle D Earthrise | PPS20-0327 |
| Douglas S Brower | PPS20-0580 | Daniel Eberle | PPS20-0328 |
| Hester Bryant | PPS20-0019 | Shawn Edwards | PPS20-0035 |
| Nicholas Bull | PPS20-0020 | Jessica Ellison | PPS20-0330 |
| James F Burke | PPS20-0296 | Abel Emiru | PPS20-0331 |
| Randy Burrow | PPS20-0021 | Donald C Eskra, Jr. | PPS20-0332 |
| Gory Burt | PPS20-0022 | Leticia Estrada | PPS20-0333 |
| Maurice Burton | PPS20-0298 | David S Felter | PPS20-0334 |
| Steve Butcher | PPS20-0581 | William Ferrell | PPS20-0037 |
| William Caputo | PPS20-0299 | Robert Finley | PPS20-0335 |
| Kyle Carter | PPS20-0023 | Stephen Folcher | PPS20-0336 |
| Charles Casey | PPS20-0300 | Ryan D Fortune | PPS20-0337 |
| George Castillo | PPS20-0301 | Chris Fowler | PPS20-0338 |
| Fidel A Cervantes | PPS20-0302 | James Frago | PPS20-0038 |
| Trenia Cherry | PPS20-0303 | John Frago | PPS20-0039 |
| Joyce Clemmons | PPS20-0304 | Kelsey Garrett | PPS20-0582 |
| John Clor | PPS20-0305 | Thomas Garrett | PPS20-0339 |
| Kathleen Clor | PPS20-0306 | Andrew Garza | PPS20-0041 |
| Chad Compton | PPS20-0307 | Charles Gay | PPS20-0340 |
| Kenneth V Condrey | PPS20-0308 | Richard Gerber | PPS20-0341 |
| Sharon R Condrey | PPS20-0309 | Louis Gerrick | PPS20-0342 |

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

| | | | | |
|---|---|---|---|---|
| Paul Gizel | PPS20-0343 | | Randy Johnson | PPS20-0374 |
| Ronda Godard | PPS20-0344 | | Samuel Johnson | PPS20-0375 |
| Adam Golden | PPS20-0345 | | Haile Kahssu | PPS20-0376 |
| Bradley Gordon | PPS20-0042 | | Kenneth Kearney | PPS20-0377 |
| Tom Gorgone | PPS20-0044 | | Michael Keating | PPS20-0378 |
| Paul O Grimes | PPS20-0348 | | Christopher Keilbart | PPS20-0591 |
| Charles Gunning | PPS20-0046 | | Elizabeth A Kidd | PPS20-0379 |
| Aloysivs Guy, Sr. | PPS20-0583 | | Donna Jo King | PPS20-0371 |
| David Hahn | PPS20-0584 | | Kenneth Klewicki | PPS20-0380 |
| Eric Hahn | PPS20-0585 | | George Kotsiras | PPS20-0592 |
| Stefanie Hahn | PPS20-0586 | | Wyman Kroft | PPS20-0381 |
| Darnell Hamilton | PPS20-0143 | | Jo Ann Lane | PPS20-0382 |
| Kimberly Hamilton | PPS20-0351 | | Linda Langville | PPS20-0593 |
| Natalie Hawks | PPS20-0050 | | Eric B Layton | PPS20-0383 |
| Larry Haynes | PPS20-0352 | | Kristie Lewis | PPS20-0384 |
| Douglas Hays | PPS20-0051 | | John D Lichtenegger | PPS20-0385 |
| Grace Hazell | PPS20-0353 | | Bert Lott | PPS20-0386 |
| Richard Heimerich, Jr. | PPS20-0354 | | Robert Lutren | PPS20-0387 |
| Stephen Heitz | PPS20-0052 | | Daniel Maglothin | PPS20-0069 |
| Charles Helms | PPS20-0356 | | Matthews J Manlich | PPS20-0388 |
| Austen Hendrickson | PPS20-0357 | | Robert Manning | PPS20-0389 |
| Jonathan Hennings | PPS20-0358 | | Deborah Martin | PPS20-0072 |
| Jesse J Hernandez | PPS20-0359 | | Michael Martin | PPS20-0073 |
| Michael Hibler | PPS20-0360 | | Ryan Martin | PPS20-0193 |
| Anthonio Hightower | PPS20-0361 | | Susie Martin | PPS20-0390 |
| Cherrod T Hindsman | PPS20-0362 | | Thomas Matthews | PPS20-0391 |
| James Hise | PPS20-0054 | | Casey McKee | PPS20-0076 |
| Gary F Hodges | PPS20-0363 | | Michael McMahon | PPS20-0392 |
| Alex Holland | PPS20-0057 | | Michael Meade | PPS20-0393 |
| Leonard Horseman | PPS20-0364 | | Michael Meador | PPS20-0077 |
| Ulonda Howard | PPS20-0365 | | Kenny Medlin | PPS20-0078 |
| Martin Hueckel | PPS20-0366 | | Arsalan Memon | PPS20-0396 |
| Damion Hugher | PPS20-0367 | | Eric Mendenhall | PPS20-0397 |
| William Humble | PPS20-0590 | | Jenna Mendoza | PPS20-0398 |
| Mary Hurley | PPS20-0058 | | Matthew Millhollin | PPS20-0081 |
| George Illidge | PPS20-0368 | | Carla M Monehain | PPS20-0400 |
| Frank James | PPS20-0369 | | Carlos Moreno | PPS20-0401 |
| Matthew Jankowski | PPS20-0370 | | Michael S Morrison | PPS20-0402 |
| Betty Johnson | PPS20-0059 | | Zachary P. Mueller | PPS20-0596 |
| Edward Johnson | PPS20-0060 | | Kelly Murski | PPS20-0403 |
| James Johnson | PPS20-0061 | | Andrew Myers | PPS20-0087 |
| Jordan Johnson | PPS20-0372 | | Frederick Myers | PPS20-0088 |
| Justin L Johnson | PPS20-0373 | | James Myers | PPS20-0089 |

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

| | | | |
|---|---|---|---|
| Stephanie Myers | PPS20-0090 | Jeroy Robinson | PPS20-0441 |
| Paul Nardizzi | PPS20-0404 | Sammie Robinson | PPS20-0108 |
| Wendy Neff | PPS20-0405 | Adrienne Rodriguez | PPS20-0442 |
| Christopher New | PPS20-0091 | Gabriel Rodriguez | PPS20-0443 |
| Jillian Newkirk | PPS20-0406 | Mateo F Rodriguez | PPS20-0444 |
| Jeremy Nicholas | PPS20-0092 | Richard C Ross | PPS20-0445 |
| Michael Noble | PPS20-0093 | Melissa Ruiz | PPS20-0446 |
| Michael C Nolon | PPS20-0409 | Antonio Ruque | PPS20-0447 |
| Colter Norris | PPS20-0410 | Geena Christine Rupp | PPS20-0599 |
| Dennis Norris | PPS20-0411 | Edna Russell | PPS20-0110 |
| Kody Norris | PPS20-0412 | Lee H Russell | PPS20-0448 |
| Trinity Olson | PPS20-0413 | Mark A Russell | PPS20-0449 |
| Craig Palmer | PPS20-0414 | John Sadler | PPS20-0450 |
| Cynthia Paris | PPS20-0415 | Ligno Sanchez | PPS20-0451 |
| Douglas W Patterson | PPS20-0416 | Virginia Saxon-Ford | PPS20-0452 |
| Antonio Perez | PPS20-0417 | Greg Schermerhorn | PPS20-0453 |
| Jaron Perkins | PPS20-0418 | Brenda Schiwitz | PPS20-0111 |
| Anha Pham | PPS20-0419 | Michael Schuller | PPS20-0454 |
| Thai Pham | PPS20-0420 | Nathaniel Scott | PPS20-0455 |
| Bonnie Phillippi | PPS20-0597 | Grant Selvey | PPS20-0600 |
| Gregory Piazza | PPS20-0421 | Quratulain Shoukat | PPS20-0456 |
| Vincent A Piazza | PPS20-0422 | Jeremy Small | PPS20-0457 |
| Brian T Pierce | PPS20-0423 | Monica Smith | PPS20-0458 |
| Timothy Pinney | PPS20-0424 | Anthony Spada | PPS20-0459 |
| Joshua Pitts | PPS20-0425 | Melissa Spencer | PPS20-0460 |
| Craig Podgurski | PPS20-0598 | Jamie Stallo | PPS20-0461 |
| Rocellious Pope | PPS20-0426 | Marc A Starks | PPS20-0462 |
| Nancy A Porter | PPS20-0427 | Barbara Steil | PPS20-0463 |
| Andre Powell | PPS20-0428 | Kelvin Stinyard | PPS20-0464 |
| Benjamin Purses | PPS20-0429 | Randy Stone | PPS20-0117 |
| Richard Ramirez | PPS20-0430 | Sonja Stone | PPS20-0118 |
| Charles Reardon | PPS20-0431 | Steven Stosur | PPS20-0465 |
| Derek L Reddick | PPS20-0432 | Robert T Stover | PPS20-0006 |
| Angela Reed | PPS20-0433 | Jeanie Straessler | PPS20-0466 |
| Christopher Reed | PPS20-0434 | Chance Strawser | PPS20-0467 |
| Edward Reed | PPS20-0435 | David Taliaferro | PPS20-0119 |
| Betty G Rice | PPS20-0436 | Ramona Rose Talvacchio | PPS20-0468 |
| Karen L Rice | PPS20-0437 | | |
| Cheryl Richey | PPS20-0439 | Katherina M Tan | PPS20-0469 |
| Terri Richards | PPS20-0106 | Berhane Tassaw | PPS20-0470 |
| Debra Rios | PPS20-0440 | Michael Taylor | PPS20-0120 |
| David M Roberts | PPS20-0206 | Courtney S. Thiemann | PPS20-0601 |
| Patricia Roberts | PPS20-0207 | Robert Hayes Thomas | PPS20-0602 |

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

| | |
|---|---|
| Walter Thomas | PPS20-0603 |
| William Wyatt Thomas | PPS20-0604 |
| Christina Tiffany | PPS20-0471 |
| Stephen M Troutz | PPS20-0472 |
| Clinton Turpen | PPS20-0473 |
| Henry J Valladares Cruz | PPS20-0474 |
| Margarita Vasquez | PPS20-0475 |
| Robert E Vick, II | PPS20-0476 |
| Bradley Votaw | PPS20-0477 |
| Joseph T Wachowski | PPS20-0478 |
| Ambiko Wallace | PPS20-0479 |
| Vance M Warren, Sr. | PPS20-0480 |
| Barbara West | PPS20-0481 |
| Pamela K Wheetley | PPS20-0007 |
| Jennifer White | PPS20-0482 |
| Gregory Willing | PPS20-0130 |
| Conni Wilson | PPS20-0131 |
| Deborah A Wilson | PPS20-0484 |
| Jerry Wilson | PPS20-0132 |
| Mitchell Wirth | PPS20-0485 |
| Debra Woodhouse | PPS20-0133 |
| Jerry Wooten | PPS20-0487 |
| Kimary Ann Zappia | PPS20-0606 |

as private process servers in the above-captioned matter.  In support of said motion, Plaintiff states

that the above-named individuals are on the Court's list of approved process servers and the

information contained in their applications and affidavits on file is current and still correct.

Dated: September 24, 2020                    Respectfully Submitted,

                                             HUMPHREY, FARRINGTON & McCLAIN, P.C.

                                             */s/ Andrew K. Smith*
                                             Kenneth B. McClain          MO Bar #32430
                                             Andrew K. Smith             MO Bar #60485
                                             Lauren McClain              MO Bar #65016
                                             Timothy Kingsbury           MO Bar #64958
                                             221W. Lexington, Suite 400
                                             Independence, MO 64050
                                             Telephone: (816) 836-5050
                                             Facsimile: (816) 836-8966
                                             kbm@hfmlegal.com
                                             aks@hfmlegal.com
                                             lem@hfmlegal.com
                                             tjk@hfmlegal.com
                                             **Attorneys for Plaintiffs**

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

Electronically Filed - City of St. Louis - September 25, 2020 - 01:09 PM

## <u>ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER</u>

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____          _____

                                                    Judge or Circuit Clerk

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

(vs.)

## Summons in Civil Case

The State of Missouri to:   CORTEVA, INC.
              **Alias:**

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**September 28, 2020**                       *Thomas Kloeppinger*

_____           _____
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                      Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*
My commission expires: _____     _____
                                          Date                           Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| vs. | | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | E I DUPONT DE NEMOURS INC |
|---|---|
| | Alias: FKA DOWDUPONT INC, DOWPUPONT |

C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 28, 2020**

_____
Date

*Thomas Kloppinger*

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____

Date                                                                                          Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner: TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address ANDREW KELLEY SMITH SUITE 400 221 W LEXINGTON INDEPENDENCE, MO 64051 | |
| Defendant/Respondent: 3M COMPANY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Wrongful Death | | (Date File Stamp) |

vs.

## Summons in Civil Case

**The State of Missouri to:**  LEO M. ELLEBRACHT COMPANY
**Alias:**  SUCC ELLEBRACHT FIRE APPARATUS SERVICE INC

LLOYD A DEWALD, RAGT
104 MULLACH CT SUITE 1028
WENTZVILLE, MO 63385

**SPECIAL PROCESS SERVER**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

**September 28, 2020**

_____ Date

_____ Thomas Klopzinger Clerk

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)
- [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
- [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
- [ ] (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
- [ ] other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| vs. | | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  RAYTHEON TECHNOLOGIES CORPORATION
Alias: SUCC UNITED TECHNOLOGIES CORPORATION

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

ST LOUIS COUNTY SHERIFF

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**September 28, 2020**

_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO  64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Wrongful Death | | *(Date File Stamp)* |

vs.

## Summons in Civil Case

| The State of Missouri to: | SENTINEL EMERGENCY SOLUTIONS, LLC |
|---|---|
| | Alias: |

CHARLES A HURTH, III, RAGT
301 E MAIN ST
UNION, MO 63084

> **SPECIAL PROCESS SERVER**

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

### September 28, 2020

_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                              Date                              Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

vs.

## Summons in Civil Case

The State of Missouri to:  THE CHEMOURS COMPANY FC, LLC
                             Alias:

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

ST LOUIS COUNTY SHERIFF

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**September 28, 2020**

_____         *Thomas Kloeppinger*
Date                                              _____
                                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                                          Date                                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $___10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** | |
| --- | --- | --- |
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| vs. | | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:  TYCO FIRE PRODUCTS L.P. |
| --- |
| Alias: **SUCC THE ANSUL COMPANY** |

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 28, 2020**

*Thomas Kloeppinger*

| _____ Date | _____ Clerk |
| --- | --- |

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____<br>Printed Name of Sheriff or Server | _____<br>Signature of Sheriff or Server |
| --- | --- |

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

| _____ Date | _____ Notary Public |
| --- | --- |

| **Sheriff's Fees, if applicable** | |
| --- | --- |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** |
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 |
| vs. | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Wrongful Death | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  UTC FIRE AND SECURITY AMERICAS CORPORATION INC
**Alias:**

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 28, 2020**

_____     _____
Date                                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____
Date                                          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - October 22, 2020 - 09:32 AM

## AFFIDAVIT OF SERVICE

**State of Missouri**                          **County of Saint Louis (City)**                          **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent ROBERT ABELL**
vs.
Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on Dynax Corporation, c/o Corporate Systems, LLC, 3500 South Dupont Highway, Dover, DE 19901. I, __Robert DeLacy__, being duly sworn, depose and say that on the __2__ day of __October__, 20_20_ at _10:40a_ .m., executed service by delivering a true copy of the Summons for Personal Service Outside the State of Missouri (Except Attachment Action) and Petition in accordance with state statutes in the manner marked below:

(x) REGISTERED AGENT SERVICE: By serving __Casey Pineda__
as __Authorized to Accept Service__ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as_____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __2__ day
of __Oct__, _2020_ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2020018883

GEORGE H. COVERT II
MY COMMISSION
EXPIRES
FEB. 13, 2022
NOTARY PUBLIC
STATE OF DELAWARE

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 22, 2020 - 09:32 AM

Electronically Filed - City of St. Louis - October 22, 2020 - 09:32 AM



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON | |
|              vs. | INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING | (Date File Stamp) |
| Nature of Suit:<br>CC Wrongful Death | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:   **DYNAX CORPORATION**
                   **Alias:**

**CORPORATE SYSTEMS LLC, RAGT**
**3500 S DUPONT HIGHWAY**
**DOVER, DE 19801**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*CITY OF ST LOUIS*

September 28, 2020
_____         _____
       Date                           Clerk    Title
Further Information:

#### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is  __Process Server__  of  __Kent__  County,  __Delaware__  (state).
3. I have served the above summons by: (check one)

  ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
  ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
  ☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to __Casey Pineda__ (name) __Authorized to Accept Service__ (title).
  ☐ other:_____

Served at  __Corporate Systems, LLC, 3500 S Dupont Hwy, Dover 19901__   (address)
in  __Kent__  County,  __Delaware__  (state), on  __10/2/20__  (date) at  __10:40 am__  (time).

__Robert DeLacy__            _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

Subscribed and sworn to before me this ___2___ (day) __Oct__ (month) __2020__ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
   *(Seal)*        ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                    ☐ authorized to administer oaths. (use for court-appointed server)
                    _____
                    Signature and Title

GEORGE H. COVERT II
COMMISSION
EXPIRES
FEB. 13, 2022
NOTARY PUBLIC
STATE OF DELAWARE

**Service Fees**
Summons    $_____
Non Est
Mileage      $_____ (_____ miles @ $_____ per mile)
Total        $_____

See the following page for directions to officer making return on service of summons.

Electronically Filed - City of St. Louis - October 22, 2020 - 09:32 AM

Electronically Filed - City of St. Louis - October 22, 2020 - 09:32 AM

## AFFIDAVIT OF SERVICE

**State of Missouri**          **County of Saint Louis (City)**          **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent ROBERT ABELL**
vs.
Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on **3M Company, f/k/a Minnesota Mining & Manufacturing Co., c/o CSC-Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, MO 65101.** I, DAVID M. ROBERTS , being duly sworn, depose and say that on the 02 day of OCT , 2020 at 2:26 pm., executed service by delivering a true copy of the Summons in Civil Case and Petition in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving LAUREN SHIPLEY
as designee for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 5th day
of Oct , 2020 by the affiant who is
personally known to me.

NOTARY PUBLIC

PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2020

PROCESS SERVER # PPS20 0201
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2020018872

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 22, 2020 - 09:32 AM



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

Electronically Filed - City of St. Louis - October 22, 2020 - 09:32 AM

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | *(Date File Stamp)* |

## Summons in Civil Case

**The State of Missouri to: 3M COMPANY**
**Alias: FKA MINNESOTA. MINING & MANUFACTURING CO**
CSC LAWYERS INC SERVICES CO                                          **COLE COUNTY, MO**
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101
*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*CITY OF ST LOUIS*

**September 28, 2020**                                          *Thomas Kloppinger*
_____                                      _____
Date                                                                                  Clerk

Further Information:
_____

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_LAUREN SHIPLEY_ (name) _Designee of Registered Agent_ (title).
☐ other:

Served at _221 BOLIVAR ST. JEFFERSON CITY, MO 65101_ (address)
in _COLE_ (County/City of St. Louis), MO, on _10/02/20_ (date) at _2:26 pm_ (time).

_DAVID M. ROBERTS_                                          _D M Roberts_
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _10-5-20_ (date).

*(Seal)*

My commission expires: _12-4-20_                          _Patricia J. Roberts_
                                        Date                                          Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | PATRICIA J. ROBERTS |
| Non Est | $_____ | Notary Public-Notary Seal |
| Sheriff's Deputy Salary | | STATE OF MISSOURI-County of Cole |
| Supplemental Surcharge | $ 10.00 | Commission #12481691 |
| Mileage | $_____ (_____ miles @ $._____ per mile) | My Commission Expires Dec. 4, 2020 |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-14235        1 of 1        Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

## AFFIDAVIT OF SERVICE

**State of Missouri**          **County of Saint Louis (City)**          **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent
ROBERT ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on **Corteva, Inc. c/o CT Corporation System, 120 South Central Avenue, Clayton, MO 63105**.

I, MARTIN HUECKEL, being duly sworn, depose and say that on the **1st day of October, 2020 at 2:14 pm, I:**

Served the within named establishment by delivering a true copy of **Summons in Civil Case; and Petition** to **Bonnie Love, POS Intake Specialist** at the address of **120 South Central Avenue, Clayton, MO 63105**.

I am over the age of eighteen, and have no interest in the above action.

_Martin Hueckel_
**MARTIN HUECKEL**
Process Server

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Subscribed and Sworn to before me on the ___3___
day of _October_ _2020_ by the affiant who
is personally known to me.

_Shelby Roberts_
NOTARY PUBLIC

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

Our Job Serial Number: HAT-2020018873

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19803376



Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 |
|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Wrongful Death | (Date File Stamp) |

**Summons in Civil Case**

The State of Missouri to:  CORTEVA, INC.
Alias:
CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

COURT SEAL OF
CIRCUIT COURT OF MISSOURI
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 28, 2020**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

**Sheriff's or Server's Return**

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____ a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_Bonnie Cook_ (name) _Intake Spec_ (title).
☐ other:_____
Served at _120 S. Central Ave, Clayton, MO 63105_ (address)
in _St Louis_ (County/City of St. Louis, MO, on _10/2/2020_ (date) at _7:14am_ (time).

_Martin Hueckel_
_____
Printed Name of Sheriff or Server

_Martin Hueckel_
_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _10/3/2020_ (date).

(Seal)

My commission expires: _1/28/23_
_____
Date

_Shelby Roberts_
_____
Notary Public

NOTARY PUBLIC
NOTARY SEAL
STATE OF MISSOURI

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM



SHELBY ROBERTS
My Commission Expires
January 26, 2023
St. Louis County
Commission #19503372

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

## AFFIDAVIT OF SERVICE

**State of Missouri**      **County of Saint Louis (City)**      **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent ROBERT ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on **E.I. Dupont De Nemours, Inc., Alias: FKA Dowdupont, Inc., Dowpupont c/o CT Corporation System, 120 South Central Avenue, Clayton, MO 63105**.

I, MARTIN HUECKEL, being duly sworn, depose and say that on the **1st day of October, 2020** at **2:14 pm**, I:

Served the within named with a true copy of the **Summons in Civil Case; and Petition** by leaving with Bonnie Love, POS Intake Specialist at **120 South Central Avenue, Clayton, MO 63105**.

I am over the age of eighteen, and have no interest in the above action.

*Morton Hueckel*
_____
**MARTIN HUECKEL**
Process Server

Subscribed and Sworn to before me on the _3_
day of _October_ _2020_ by the affiant who
is personally known to me.

*Shelby Roberts*
_____
NOTARY PUBLIC

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St Louis County
Commission #19503579

NOTARY
SEAL

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2020018874

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM



SHERRY ROGERS
Notary Public Notary Seal
STATE OF MISSOURI
St. Louis County
Commission # 18030571
My Commission Expires Jan. 28, 2022

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** E I DUPONT DE NEMOURS INC
**Alias:** FKA DOWDUPONT INC, DOWPUPONT

C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 28, 2020**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _Bonnie Coot_ (name) _Intake Spec_ (title).
☐ other: _____

Served at _120 S. Central Ave, Clayton, MO 63105_ (address)
in _St Louis_ (County/City of St. Louis), MO, on _10/2/2020_ (date) at _2:14pm_ (time).

_Martin Huechel_
Printed Name of Sheriff or Server

_Martin Huechel_
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _10/3/2020_ (date).

*(Seal)*

My commission expires: _1/28/23_
Date

_Shelby Roberts_
Notary Public

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $.____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-14237    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM



Electronically Filed - City of St. Louis - October 06, 2020 - 01:23 PM

## AFFIDAVIT OF SERVICE

State of Missouri                County of St. Louis                          Circuit Court

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et. al.**

Received by HPS Process Service & Investigations to be served on **Leo M. Ellebracht Company, Alias: SUCC Ellebracht Fire Apparatus Service Inc. c/o Lloyd A. Dewalld, Registered Agent, 104 Mullach Court, Suite 1028, Wentzville, MO 63385.**

I, MARTIN HUECKEL, being duly sworn, depose and say that on the 29th day of September, 2020 at 11:33 am, I:

Served the within named establishment by delivering a true copy of **Summons in Civil Case; and Petition to Marie Dewald, Owner** at the address of **104 Mullach Court, Suite 1028, Wentzville, MO 63385.**

I am over the age of eighteen, and have no interest in the above action.



_____
MARTIN HUECKEL
Process Server

Subscribed and Sworn to before me on the 30
day of _September 2020_ by the affiant who
is personally known to me.

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

_____
NOTARY PUBLIC

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

Our Job Serial Number: HAT-2020018577

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 06, 2020 - 01:23 PM

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 |
|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Wrongful Death | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  LEO M. ELLEBRACHT COMPANY
Alias:  SUCC ELLEBRACHT FIRE APPARATUS SERVICE INC

LLOYD A DEWALD, RAGT
104 MULLACH CT SUITE 1028
WENTZVILLE, MO 63385

**SPECIAL PROCESS SERVER**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

September 28, 2020

_____          _____
Date                                               Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _Marie Dewald_ (name) _Owner_ (title).
☐ other: _____.

Served at _104 Mullach CT, Ste 1028, Wentzville, MO 63385_ (address)
in _St Louis_ (County/City of St. Louis), MO, on _9/29/2020_ (date) at _1137am_ (time).

_Martin Haeckl_                              _Martin Haeckl_
Printed Name of Sheriff or Server             Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _9/29/2020_ (date).

(Seal)

My commission expires: _1/28/23_          _Shelby Roberts_
                              Date                        Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $ _____ ( _____ miles @ $_____ per mile) | |
| Total | $ _____ | |

NOTARY PUBLIC
NOTARY SEAL
STATE OF MISSOURI

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 20-SMCC-14238    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

## <u>AFFIDAVIT OF SERVICE</u>

**State of Missouri**      **County of Saint Louis (City)**      **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent
ROBERT ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on **Raytheon Technologies Corporation, Alias: SUCC United Techologies Corporation c/o CT Corporation System, 120 South Central Avenue, Clayton, MO 63105.**

I, MARTIN HUECKEL, being duly sworn, depose and say that on the **1st day of October, 2020 at 2:14 pm, I:**

Served the within named establishment by delivering a true copy of **Summons in Civil Case; and Petition** to **Bonnie Love, POS Intake Specialist** at the address of **120 South Central Avenue, Clayton, MO 63105.**

I am over the age of eighteen, and have no interest in the above action.

_signature_

**MARTIN HUECKEL**
Process Server

Subscribed and Sworn to before me on the 3
day of _October 2020_ by the affiant who
is personally known to me.

_signature_

NOTARY PUBLIC

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503529

**HPS Process Service & Investigations**
www.hpsprocess.com
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: HAT-2020018877

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

SHELBY ROBERTS
My Commission Expires
January 26, 2023
St Louis County
Commission #19503576

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| | vs. | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  RAYTHEON TECHNOLOGIES CORPORATION
            Alias:  SUCC UNITED TECHNOLOGIES CORPORATION

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

COURT SEAL OF
CITY OF ST LOUIS

ST LOUIS COUNTY SHERIFF

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

September 28, 2020
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _Bonnie Love_ (name) _CT Intake Spec_ (title).
☐ other: _____
Served at _120 S. Central Ave, Clayton, MO 63105_ (address)
in _St Louis_ (County/City of St. Louis), MO, on _10/1/2020_ (date) at _214pm_ (time).

_Martin Hueckel_
_____
Printed Name of Sheriff or Server

_Martin Hueckel_
_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _10/2/2020_ (date).

(Seal)

My commission expires: _1/28/23_
            Date

_Shelley Roberts_
_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

NOTARY PUBLIC
NOTARY SEAL
STATE OF MISSOURI

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) _For Court Use Only:_ Document Id # 20-SMCC-14239    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #15803576



Electronically Filed - City of St. Louis - October 06, 2020 - 01:23 PM

## AFFIDAVIT OF SERVICE

State of Missouri                    County of St. Louis                    Circuit Court

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et. al.**

Received by HPS Process Service & Investigations to be served on Sentinel Emergency Solutions, LLC c/o Charles A. Hurth, III., Registered Agent, 301 East Main Street, Union, MO 63084.

I, MARTIN HUECKEL, being duly sworn, depose and say that on the 29th day of September, 2020 at 12:24 pm, I:

Served the within named with a true copy of the **Summons in Civil Case; and Petition** by leaving with Ashley Thornburg, Paralegal at **301 East Main Street, Union, MO 63084**.

I am over the age of eighteen, and have no interest in the above action.

_____

MARTIN HUECKEL
Process Server

Subscribed and Sworn to before me on the _30_        HPS Process Service & Investigations
day of _September_ _2020_ by the affiant who      www.hpsprocess.com
is personally known to me.                                        1669 Jefferson
                                                                              Kansas City, MO 64108
_____                      (800) 796-9559
NOTARY PUBLIC
                          SHELBY ROBERTS             Our Job Serial Number: HAT-2020018576
                          My Commission Expires
                          January 28, 2023
                          St. Louis County
                          Commission #19503579

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 06, 2020 - 01:23 PM



IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 |
|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 |
| Defendant/Respondent:<br>3M COMPANY<br>Nature of Suit:<br>CC Wrongful Death | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: SENTINEL EMERGENCY SOLUTIONS, LLC
Alias:

CHARLES A HURTH, III, RAGT
301 E MAIN ST
UNION, MO 63084

**SPECIAL PROCESS SERVER**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

September 28, 2020
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_Bonnie Love_ (name) _Intake Spec_ (title).
☐ other: _____.

Served at _120 S. Central Ave, Clayton, MO 65105_ (address)
in _St Louis_ (County/City of St. Louis), MO, on _9/29/2020_ (date) at _1222 pm_ (time).

_Martin Huecke_                      _Martin Huecke_
_____              _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _9/29/2020_ (date).

(Seal)

My commission expires: _1/20/23_                _Shelby Roberts_
                       _____   _____
                       Date                       Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

NOTARY PUBLIC
NOTARY
SEAL
STATE OF MISSOURI

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 20-SMCC-14240    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

## AFFIDAVIT OF SERVICE

**State of Missouri**          **County of Saint Louis (City)**                    **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent
ROBERT ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on **The Chemours Company FC, LLC c/o CT Corporation System, 120 South Central Avenue, Clayton, MO 63105.**

I, MARTIN HUECKEL, being duly sworn, depose and say that on the **1st day of October, 2020 at 2:14 pm, I:**

Served the within named with a true copy of the **Summons in Civil Case; and Petition** by leaving with Bonnie Love, POS Intake Specialist at **120 South Central Avenue, Clayton, MO 63105.**

I am over the age of eighteen, and have no interest in the above action.

_Martin Hueckel_
_____
**MARTIN HUECKEL**
Process Server

Subscribed and Sworn to before me on the __3__
day of __October  2020__ by the affiant who
is personally known to me.

_Shelby Roberts_
NOTARY PUBLIC

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2020018878

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM



Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| vs. | | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  THE CHEMOURS COMPANY FC, LLC
                          Alias:
CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

COURT SEAL OF

CIRCUIT COURT OF MISSOURI

CITY OF ST LOUIS

ST LOUIS COUNTY SHERIFF

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

September 28, 2020
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to _Bonnie Love_ (name) _INTAKE SPEC._ (title).
☐ other: _____
Served at _120 S. Central Ave, Clayton, MO 63105_ (address)
in _ST LOUIS_ (County/City of St. Louis), MO, on _10 11 2020_ (date) at _2:14 pm_ (time).

_Martin Huecke_
Printed Name of Sheriff or Server

_Martin Huecke_
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _10 2 2020_ (date).

(Seal)

My commission expires: _1/28/23_
_____
Date

_Shelby Roberts_
_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (____ miles @ $_____ per mile) |
| Total | $_____ |

NOTARY PUBLIC
NOTARY
SEAL
OF MISSOURI

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-14241    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM



Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

## AFFIDAVIT OF SERVICE

**State of Missouri**              **County of Saint Louis (City)**              **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent
ROBERT ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on **TYCO Fire Products, L.P., Alias: SUCC The Ansul Company c/o CT Corporation System, 120 South Central Avenue, Clayton, MO 63105**.

I, MARTIN HUECKEL, being duly sworn, depose and say that on the **1st day of October, 2020** at **2:14 pm**, I:

Served the within named with a true copy of the **Summons in Civil Case; and Petition** by leaving with Bonnie Love, POS Intake Specialist at **120 South Central Avenue, Clayton, MO 63105**.

I am over the age of eighteen, and have no interest in the above action.

_Martin Hueckel_
_____
**MARTIN HUECKEL**
Process Server

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Subscribed and Sworn to before me on the ___3___
day of _October 2020_ by the affiant who
is personally known to me.

_Shelby Roberts_
_____
NOTARY PUBLIC

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

Our Job Serial Number: HAT-2020018880

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM



SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
SEAL
Commission #19803576

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| vs. | | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  TYCO FIRE PRODUCTS L.P.
Alias:  SUCC THE ANSUL COMPANY

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

COURT SEAL OF

*CIRCUIT COURT OF MISSOURI*

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 28, 2020**
_____
Date

*Thomas Kloppinger*
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____ , a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: *Bonnie Cove* (name). *INTAKE SPEC.* (title).
☐ other:_____
Served at *120 S. Central Ave, Clayton, MO 63105* (address)
in *ST LOUIS* (County/City of St. Louis), MO, on *10/1/2020* (date) at *2:14 pm* (time).

*Martin Haeckel*
_____
Printed Name of Sheriff or Server

*Martin Haeckel*
_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on *10/2/2020* (date).

**(Seal)**

My commission expires: *1/28/23*
_____
Date

*Shelby Roberts*
_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ ( _____ miles @ $.____ per mile) |
| Total | $_____ |

NOTARY PUBLIC
NOTARY
SEAL
STATE OF MISSOURI

**SHELBY ROBERTS**
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-14242    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM



SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503575

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

## <u>AFFIDAVIT OF SERVICE</u>

**State of Missouri**          **County of Saint Louis (City)**                    **Circuit Court**

Case Number: 2022-CC09988

Plaintiff/Petitioner:
**TINA POYNTER-ABELL, as Spouse of and on behalf of Decedent
ROBERT ABELL**

vs.

Defendant/Respondent:
**3M COMPANY, et al.**

Received by HPS Process Service & Investigations to be served on **UTC Fire and Security Americas Corporation, Inc. c/o CT Corporation System, 120 South Central Avenue, Clayton, MO 63105.**

I, MARTIN HUECKEL, being duly sworn, depose and say that on the **1st day of October, 2020** at **2:14 pm, I:**

Served the within named with a true copy of the **Summons in Civil Case; and Petition** by leaving with Bonnie Love, POS Intake Specialist at **120 South Central Avenue, Clayton, MO 63105.**

I am over the age of eighteen, and have no interest in the above action.

*Martin Hueckel*
_____
**MARTIN HUECKEL**
Process Server

Subscribed and Sworn to before me on the 5
day of October 2020 by the affiant who
is personally known to me.

*Shelby Roberts*
_____
NOTARY PUBLIC

**SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579**

**HPS Process Service & Investigations**
www.hpsprocess.com
**1669 Jefferson
Kansas City, MO 64108
(800) 796-9559**

Our Job Serial Number: HAT-2020018882

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

SHELBY ROBERTS
My Commission Expires
January 26, 2023
St. Louis County
Commission #19609579

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:** UTC FIRE AND SECURITY AMERICAS CORPORATION INC
**Alias:**

CT CORPORATION SYSTEM, RAGT
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**ST LOUIS COUNTY SHERIFF**

COURT SEAL OF

CIRCUIT COURT OF MISSOURI

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

September 28, 2020                    _Thomas Kloeppinger_
_____              _____
Date                                 Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _Bonnie Cove_ (name) _Intake Spec._ (title).
☐ other: _____
Served at _120 S. Central Ave, Clayton, MO 63105_ (address)
in _St Louis_ (County/City of St. Louis), MO, on _10/1/2020_ (date) at _2:14 pm_ (time).

_Martin Hueckel_                     _Martin Hueckel_
_____              _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.
(Seal)      Subscribed and sworn to before me on _10/2/2020_ (date).
My commission expires: _1/28/23_        _Shelby Roberts_
                       Date              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (____ miles @ $____ per mile) |
| Total | $_____ |

NOTARY PUBLIC
NOTARY
SEAL
STATE OF MISSOURI

SHELBY ROBERTS
My Commission Expires
January 28, 2023
St. Louis County
Commission #19503579

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-14243     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - October 14, 2020 - 02:52 PM

SHELBY ROBERTS
My Commission Expires:
January 28, 2023
St. Louis County
Commission #19503576





**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**
硼

| Judge or Division: REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner: TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address: ANDREW KELLEY SMITH SUITE 400 221 W LEXINGTON INDEPENDENCE, MO 64051 | |
| Defendant/Respondent: 3M COMPANY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit: CC Wrongful Death | | |

vs.

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:    **BUCKEYE FIRE EQUIPMENT COMPANY**
Alias:
A HAON CORPORATE AGENT INC
29225 CHAGRIN BLVD STE 350
PEPPER HILE, OH 44122

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**September 28, 2020**

_____
Date

_____
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Wrongful Death | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  CHEMGUARD, INC.
                           Alias:
CT CORPORATION SYSTEM, RAGT
1999 BRYAN STREET STE 900
DALLAS, TX 75201

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**September 28, 2020**

_____          _____
Date                                      Clerk

Further Information:
_____

## Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    - [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    - [ ] other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | ( _____ miles @ $ _____ per mile) |
| Total | $_____ | |

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 20-SMOS-3738    1 of 2  (2022-CC09988)    Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                      506.500, 506.510 RSMo

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| vs. | | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Wrongful Death | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: | CHUBB FIRE, LTD/ CHUBB FIRE & SECURITY LTD |
|---|---|
| | Alias: CHUBB SECURITY, PLC/RED HAWK FIRE & SECURITY LLC |
| | AND OR CHUBB NATIONAL FOAM INC |

LITTLETON ROAD
Aberdeen City
ASHFORD, TW15 1TZ

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**September 28, 2020**

*CITY OF ST LOUIS*

_____
Date

_____
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
   ☐ the judge of the court of which affiant is an officer.

*(Seal)*   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
   ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 20-SMOS-3739     1 of 2  (2022-CC09988)     Rules 54.06, 54.07, 54.14, 54.20;<br>506.500, 506.510 RSMo

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Wrongful Death | | |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:   DU PONT DE NEMOURS, INC
                            Alias:  FKA DOWDUPONT INC

THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*CITY OF ST LOUIS*

September 28, 2020
_____
Date

_____
Clerk

Further Information: _____

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above
                     summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>REX M BURLISON | **Case Number: 2022-CC09988** |
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO 64051 |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Wrongful Death | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **DYNAX CORPORATION**
                            **Alias:**
CORPORATE SYSTEMS LLC, RAGT
3500 S DUPONT HIGHWAY
DOVER, DE 19901

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**September 28, 2020**

*CITY OF ST LOUIS*

_____          _____
             Date                              Clerk

Further Information:_____

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
  Printed Name of Sheriff or Server         Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above
*(Seal)*              summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

_____
         Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09988 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON | |
| vs. | INDEPENDENCE, MO 64051 | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING | (Date File Stamp) |
| Nature of Suit:<br>CC Wrongful Death | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  NATIONAL FOAM, INC.
Alias:
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**September 28, 2020**

*CITY OF ST LOUIS*

_____
Date

_____
Clerk

Further Information:
_____

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
       _____ (name) _____ (title).
    ☐ other: _____

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                 ☐ the judge of the court of which affiant is an officer.
                 ☐ authorized to administer oaths in the state in which the affiant served the above
                    summons. (use for out-of-state officer)
                 ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $ _____ per mile) |
| Total | $_____ | |

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 20-SMOS-3742    1 of 2  (2022-CC09988)    Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>REX M BURLISON | **Case Number:  2022-CC09988** | Special Process Server 1 |
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON | Special Process Server 2 |
| vs. | INDEPENDENCE, MO  64051 | Special Process Server 3 |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING | (Date File Stamp) |
| Nature of Suit:<br>CC Wrongful Death | 10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:     CHUBB FIRE, LIMITED/ CHUBB FIRE & SECURITY LIMITED
Alias:   CHUBB SECURITY, PLC/RED HAWK FIRE & SECURITY LLC
AND OR CHUBB NATIONAL FOAM INC

CHUBB FIRE LIMITED
LITTLETON ROAD
ASHFORD, MIDDLESEX, ENGLAND
TW15 1TZ

**COURT SEAL OF**



**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**September 30, 2020**

_____     _____
Date                                                                       Clerk
Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC09988** | |
|---|---|---|
| Plaintiff/Petitioner:<br>TINA POYNTER-ABELL | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW KELLEY SMITH<br>SUITE 400<br>221 W LEXINGTON<br>INDEPENDENCE, MO  64051 | |
| vs. | | |
| Defendant/Respondent:<br>3M COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  3M COMPANY
　　　　　　**Alias:  FKA MINNESOTA. MINING & MANUFACTURING CO**

CSC LAWYERS INC SERVICES CO
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

**COLE COUNTY, MO**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 28, 2020**

_____
Date

*Thomas Kloeppinger*

_____
Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
　　　　　　　　　　　　　　　　　　Date

_____
Notary Public

---

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.